# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COMMISSARIAT À L'ENERGIE ATOMIQUE,<br><br>                      Plaintiff,<br><br>    v.<br><br>TATUNG COMPANY, et al.,<br><br>                      Defendants. | Civil Action No. 04-099-JJF-MPT |

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), plaintiff Commissariat à l'Energie Atomique ("CEA") and defendants Toshiba America Inc., Matsushita Electric Corporation of America, Matsushita Electric Industrial Co., Ltd., and JVC Americas Corp. (collectively "Answering Defendants"), by and through their undersigned attorneys and subject to the approval of this Court, hereby STIPULATE TO THE DISMISSAL, WITH PREJUDICE, of the claims and counterclaims in the above-captioned matter as between CEA and the Answering Defendants, each of which is to bear its own attorneys' fees and costs.

| | |
|---|---|
| BAYARD, P.A. | POTTER ANDERSON & CORROON, LLP |
| /s/ Richard D. Kirk (rk0922)<br>Richard D. Kirk<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE 19899-5130<br>(302) 888-6960<br>rkirk@bayardlaw.com<br>Attorneys for Plaintiff<br>Commissariat à l'Energie Atomique | /s/ Richard L. Horwitz (rh2246)<br>Richard L. Horwitz<br>David E. Moore<br>1313 N. Market St.<br>Hercules Plaza, 6th Floor<br>Wilmington, DE 19899<br>(302) 984-6000<br>rhorwitz@potteranderson.com<br>Attorneys for Defendants<br>Toshiba America Inc., Matsushita Electric<br>Corporation of America, Matsushita Electric<br>Industrial Co., Ltd., and JVC Americas Corp. |

APPROVED AND SO ORDERED, this ____ day of April, 2008.

_____
United States Magistrate Judge